Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
David R. Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff Mick Rock

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICK ROCK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ENFANTS RICHES DEPRIMES, LLC, et al.,<br><br>Defendants | Case No.: 2:20-cv-02172-DSF (ASx)<br><u>Hon. Dale S. Fischer Presiding</u><br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed:  March 2020<br>Trial Date:     None Set |

     PLEASE TAKE NOTICE, pursuant to Local Rule 40-2, that Plaintiff Mick Rock ("Rock") and Defendants Defendant Enfants Riches Deprimes ("ERD") and Maxfield Enterprises, Inc. ("Maxfield") have reached a preliminary settlement, which, when the long form settlement agreement is finalized, will provide for the prompt dismissal with prejudice of all claims in the Complaint.

     In accordance with this settlement, it is respectfully requested that the Court continue all outstanding deadlines and pending hearings (including Maxfield's July 10, 2020 deadline to file a response to the Complaint, the July 13, 2020 deadline for

the parties to file a Joint Rule 26(f) Report, and the Scheduling Conference, set for July 20, 2020) by a period of forty (40) days while the parties finalize the long form settlement agreement and performance thereon.

Respectfully submitted,

Dated: July 2, 2020        By:    /s/    *David Shein*
                                   Scott Alan Burroughs, Esq.
                                   David Shein, Esq.
                                   DONIGER /BURROUGHS
                                   Attorneys for Plaintiff
                                   MICK ROCK

Respectfully submitted,

Dated: July 2, 2020        By:    /s/    *David W. Swift*
                                   David W. Swift, Esq.
                                   KINSELLA WEITZMAN ISER KUMP & ALDISTERT LLP
                                   Attorneys for Defendant
                                   ENFANTS RICHES DEPRIMES, LLC

Dated: July 2, 2020        By:    /s/    *Erin Perez-Coleman*
                                   Erin Perez-Coleman, Esq.
                                   ZWEIBACK FISET & COLEMAN LLP
                                   Attorneys for Defendant
                                   MAXFIELD ENTERPRISES, INC.

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  July 2, 2020       By:    /s/    *David Shein*
                                   David Shein, Esq.